Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ARBALLO an individual, | Case No. 2:16-cv-02379-JAD-VCF |
| Plaintiff, | Dept. No. 4 |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S, LLC; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive, | ECF No. 12 |
| Defendants. | |

COMES NOW Plaintiff WILLIAM ARBALLO. by and through his attorney of record Sean J. Akari, Esq. of Bernstein & Poisson and Defendant Albertson's LLC, by and through its attorney of record, Jack P. Burden, Esq. of Backus, Carranza & Burden, and hereby stipulate to dismiss all claims in the above entitled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

/ / /

1

| | |
|---|---|
| DATED: 10-4-17, 2017 | DATED: 8-22, 2017 |
| BACKUS, CARRANZA & BURDEN | BERNSTEIN & POISSON |
| *[signature]* | *[signature]* |
| JACK P. BURDEN, ESQ. | SEAN J. AKARI, ESQ. |
| 3050 South Durango Drive | 320 South Jones Boulevard |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89107 |
| Tel: 702.872.5555 | T: 702.256.4566 |
| Fax: 702.872-5545 | F: 702.256.6280 |
| jburden@backuslaw.com | Sean@vegashurt.com |
| *Attorneys for Defendant Albertson's LLC.* | *Attorney for Plaintiff William Arballo* |

### ORDER re Case No. 2:16-cv-02379-JAD-VCF

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer A. Dorsey
United States District Court Judge
October 5, 2017

DATED this 4 day of October, 2017.

Respectfully Submitted,

BACKUS, CARRANZA & BURDEN

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant
Albertsons, LLC*